```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 05521
    ROBERT GLATZ
                                            CHAPTER 13

                                            JUDGE: JOHN H SQUIRES

        Debtor
    SSN XXX-XX-1301


------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 03/07/08 .

    2.  The case was dismissed without confirmation, 05/02/2008.

------------------------------------------------------------------------
CREDITOR NAME                CLASS       CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID           PAID
------------------------------------------------------------------------

        Summary of disbursements:
------------------------------------------------------------------------
                    SECURED    PRIORITY   UNSECURED      OTHER        TOTAL
------------------------------------------------------------------------
TOTAL CLMS ALLOWED     .00        .00         .00         .00          .00
PRINCIPAL PAID         .00        .00         .00         .00          .00
INTEREST PAID          .00        .00         .00         .00          .00
TOTAL PAID             .00        .00         .00         .00          .00
The Debtor's attorney, MICHELOTTI & ASSOCIATES LTD   , was allowed $       .00
and was paid $       .00 .

The Trustee received $       .00 .

Refunds to the Debtor totaled $       .00 .




    Dated: 08/20/08              /S/
                              GLENN STEARNS
                              CHAPTER 13 TRUSTEE
```

PAGE 2
CASE NO. 08 B 05521 ROBERT GLATZ